| | | |
|---|---|---|
| CONSTANCE HENRY on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Bespoke Color Company, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:26-cv-950<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: May 11, 2026

**/s/ Alison Chan**
By: Alison Chan, Esq
EQUAL ACCESS LAW GROUP, PLLC
4903 Avenue N,
Brooklyn NY 11234
O: (844) 731-3343
D: 929-442-2154
Email: Achan@ealg.law
*Attorneys for Plaintiff*

**/s/ Nolan K. Klein**
By: Nolan K. Klein
LAW OFFICES OF NOLAN KLEIN, P.A.
5550 Glades Road Suite 500
Boca Raton, FL 33431
T: 646-560-3230
Email: Klein@nklegal.Com
*Attorneys for Defendant*